BARNEY UDCOFF, Respondent, v. THE AMERICAN COTTON OIL COMPANY, Appellant, Impleaded with Another, Defendant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

YETTA SPUNGIN, as Administratrix, etc., of MAX SPUNGIN, Deceased, Appellant, v. MAX GERSTLE and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ABRAHAM SOLOMON and Another, Copartners, etc., Respondents, v. MAX HIMMELFARB, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PHILIP ROTHMAN, Respondent, v. ELDRIDGE ALLEN GARAGE CORPORATION and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELSIE BERNER, as Administratrix, etc., of HENRY BERNER, Deceased, Respondent, v. SUN GARAGE, INC., Defendant, Impleaded with SANITARY WET WASH LAUNDRY Co., INC., and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

KATE ISRAEL, Respondent, v. DAVID ISRAEL, Appellant. (Action No. 1.) — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

KATE ISRAEL, Appellant, v. DAVID ISRAEL, Respondent, Impleaded with Others, Defendants. (Action No. 2.) — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE GOTHAM NATIONAL BANK OF NEW YORK, Appellant, v. VERNON COAL COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Application of SAMUEL LILLEY, of Walnut, Bureau County, Illinois, for the Revocation of Letters of Administration Issued to MAXWELL LYONS, as Administrator, etc., of MARY ROGERS, Late of the County of New York, Deceased.— Decree affirmed, with costs to both parties payable out of the estate. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JAMES SHEWAN & SONS, INC., Appellant, v. WILLIAM WIRT MILLS, as Commissioner of Plant and Structures of the City of New York and Another, Respondents, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Stay contained in order to show cause, dated May 21, 1925, vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MICHAEL P. McGREAL, as Treasurer, etc., v. AUSTIN J. FORD, Individually and as Treasurer, etc., and Others.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellants procure the proposed case to be served on or before July 1, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

FRANK W. JACKSON, as Receiver of the PARK BANK OF PITTSBURGH, PA., Appellant, v. THE CHASE NATIONAL BANK, Respondent.— Judgment and order